

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00075-CV

ROBERT G. WALKER, Appellant

V.

LAMAR COUNTY, ET AL., Appellees

On Appeal from the 62nd District Court
Lamar County, Texas
Trial Court No. 89503

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant Robert G. Walker filed a pro se notice of appeal on September 21, 2023. The clerk's record was filed on October 25, 2023. The original deadline for Walker's appellate brief was December 7, 2023.

On November 27, 2023, we received a document that purported to be Walker's appellate brief. That same day, we sent Walker a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Walker with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1. We informed Walker that, if he did not file a brief that complied with Rule 38.1 by December 18, 2023, the appeal would be ripe for dismissal.

On December 4, 2023, Walker provided this Court with a second document that we construed as his "corrected" brief. That document also failed to comply with the requirements of Rule 38.1. Because Walker did not file a brief meeting the requirements of Rule 38.1, his appeal is ripe for dismissal.[1]

---

[1]On October 23, 2023, the appellees filed a motion to dismiss this appeal for want of jurisdiction. Because this opinion is dispositive, we deny appellees' motion to dismiss as moot.

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Williams v. Johnson*, No. 10-02-346-CV, 2003 WL 21361266 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).


Charles van Cleef
Justice

Date Submitted:   December 7, 2023
Date Decided:    December 8, 2023